**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SIDNEY HARVEY,                                                                                             PLAINTIFF
ADC #081397

v.                                          5:12-cv-00429-SWW-JTK

GAYLON LAY, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Amended Complaint against Defendants is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

2 This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of February 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE