**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

SIDNEY HARVEY,                                                                                                    PLAINTIFF
ADC #081397

v.                                                     5:12-cv-00429-SWW-JTK

GAYLON LAY, et al.                                                                                        DEFENDANTS

<u>**ORDER**</u>

     The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a <u>de novo</u> review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court adopts them in their entirety.  Accordingly,

     IT IS, THEREFORE, ORDERED that:

     1.    Plaintiff's Amended Complaint against Defendants is DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

     2    This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

     3.    The Court certifies that an <u>in forma pauperis</u> appeal from an Order and Judgment dismissing this action will not be taken in good faith.  28 U.S.C. § 1915(a)(3).

     An appropriate Judgment shall accompany this Order.

     IT IS SO ORDERED this 21st day of February 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
